UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dana Rosencranz and Robin Rosencranz

                v.

Sean Stone and Stoneco Custom Building & Remodeling, LLC

Civil No. 08-cv-274-JM

O R D E R

The court has been advised that Sean Stone and Stoneco Custom Building & Remodeling, LLC have filed for relief under the Bankruptcy Code.

There appears to be no further reason to maintain the file as an open one for statistical purposes. The Clerk is instructed to statistically close the case.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.

October 22, 2008　　　　　　　　　　　　　　　/s/ James R. Muirhead
　　　　　　　　　　　　　　　　　　　　　　　James R. Muirhead
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


cc:　　Peter G. McGrath, Esq.
　　　　Frank P. Spinella, Jr., Esq.